AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

October 24, 2023

Nathan Ochsner, Clerk of Court

United States of America
v.
Robert Harlon Johnson

*Defendant(s)*

Case No. 4:23-mj-2021

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 19, 2023__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 751(a) | Escape from the custody of the Attorney General or his authorized representative, or from any institution, or facility in which he is confined by direction of the Attorney General. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Jason Gullingsrud, Deputy U.S. Marshal
*Printed name and title*

Sworn to telephonically.

Date: October 24, 2023

*Judge's signature*

City and state: Houston, TX

Dena Hanovice Palermo, U.S. Magistrate Judge
*Printed name and title*

4:23-mj-2021

# AFFIDAVIT

This Affidavit is prepared in conjunction with the criminal complaint for Robert Harlon Johnson, who escaped from the Leidel Residential Re-entry Center (RRC), located at 1819 Commerce Street, Houston, Texas 77002, on October 19, 2023, at approximately 3:40 pm.

I, Jason Gullingsrud, having been duly sworn, declare under the penalty of perjury, and states:

1. That I am a Deputy United States Marshal with the United States Marshals Service (DUSM) in Houston, Texas and have been employed in this capacity since June 2003.

2. During my employment with the United States Marshals Service, I have conducted criminal investigations related to the escape of federal prisoners. I am currently assigned to the Gulf Coast Violent Offenders and Fugitive Task Force. My primary responsibility as a member of the Task Force is to conduct fugitive investigations.

3. On May 26, 2022, Robert Harlon Johnson was sentenced to 33 months and committed to United States Bureau of Prisons after pleading guilty to Conspiracy to transport undocumented aliens under cause number 5:22CR146.

4. On May 31, 2023, Robert Harlon Johnson was ordered by the United States Bureau of Prisons to report to the Leidel Residential Re-entry Center (RRC) in Houston, TX to serve the remainder of his federal sentence with a projected release date of May 28, 2024. The Leidel Residential Re-entry Center (RRC) is a privately operated halfway house within the Southern District of Texas, contracted by the United States Bureau of Prisons to house federal prisoners.

5. On October 19, 2023, at approximately 11:00am, Robert Harlon Johnson signed out of the Leidel Residential Re-entry Center (RRC) on a pass to walk to the Walmart located at 111 Yale Street, Houston Tx. Robert Harlon Johnson was ordered to return to the Leidel Residential Re-entry Center by 2:00pm. Robert Harlon Johnson failed to return by the ordered time. The staff at the Leidel Residential Re-entry Center contacted local law enforcement and hospitals and verified Robert Harlon Johnson was not in custody or admitted.

6. On October 19, 2023, at approximately 4:20pm. Katie Murdock, Chief Executive Officer with the United States Bureau of Prisons notified the United States Marshal Service that Robert Harlon Johnson was declared an escaped federal prisoner.

7. Based on the ongoing investigation, I believe that Robert Harlon Johnson has escaped from the Leidel Residential Re-entry Center, Houston TX in violation of Title 18, United States Code, Section 751(a).

I, Jason Gullingsrud, Deputy United States Marshal, United States Marshals Service, being duly sworn according to law, deposes and says that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

*[signature]*
Jason Gullingsrud
Deputy United States Marshal

Sworn to and subscribed telephonically this 24th Day of October 2023, and I find probable cause exists.

*[signature]* Dena Palermo
Honorable Dena Hanovice Palermo
United States Magistrate Judge